UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PAUL BARRIER,<br><br>    Plaintiff,<br><br>  vs.<br><br>MICHELLE PRINCE, et al.,<br><br>    Defendants. | Case No: C 11-2818 SBA<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**<br><br>Dkt. 11 |

Pro se Plaintiff Paul Barrier has filed a motion for default judgment. Dkt. 11. However, the Clerk declined Plaintiff's request for entry of default. Dkt. 10. Accordingly,

IT IS HEREBY ORDERED THAT Plaintiff's motion for default judgment is DENIED. This Order terminates Docket 11.

IT IS SO ORDERED.

Dated: September 16, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BARRIER et al,

       Plaintiff,

  v.

PRINCE et al,

       Defendant.
                                        /

Case Number: CV11-02818 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 20, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Paul Barrier
1001 Eighth Street
Novato, CA 94945

Dated: September 20, 2011

                                  Richard W. Wieking, Clerk

                                         By: LISA R CLARK, Deputy Clerk